IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK JONES                          :          CIVIL ACTION
                                     :
                    v.               :
                                     :
BRIAN COLEMAN, *et al*.              :          No. 10-7429

## ORDER

**AND NOW**, this ___4th___ day of __January__, 2012, upon consideration of the Petition for

a Writ of Habeas Corpus, the Commonwealth's Response, inclusive of all exhibits thereto, the other

documents filed by the parties, and after review of the Report and Recommendation of Chief United

States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1.      The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.      In the interest of justice, the Petition for Writ of Habeas Corpus is **TRANSFERRED**

        to the U.S. Court of Appeals for the Third Circuit; and

3.      Petitioner has neither shown a denial of a constitutional right, nor established that

        reasonable jurists would disagree with this court's procedural disposition of his

        claims.  Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

                                            **BY THE COURT**:

                                            _____
                                            **R. BARCLAY SURRICK, J.**